

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Matthew Goodelle,

\* From the 326th District Court
of Taylor County,
Trial Court No. 56783-C.

Vs. No. 11-25-00198-CV

\* October 2, 2025

Tiffeny G. Hawkins,

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed.   Therefore, in accordance with this court's opinion, the appeal is dismissed.   The costs incurred by reason of this appeal are taxed against Matthew Goodelle.